■ FRANK GIELSKIE, Respondent, v. STATE OF NEW YORK, Appellant.— Order settled and signed. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.